

# EXECUTIVE SUMMARY

## *Selection Process: Chief or Chief Executive Officer of Recruitment and Professional Development*

Prepared for

## *Franklin County Sheriff's Office*
## *Sheriff Dallas Baldwin*

**Submitted by The Cardinal Group II**

PO Box 130718, Green Rd.

Ann Arbor, MI 48107

September 26, 2022







**Background**. The Franklin County Sheriff's Office created the Chief or Chief Executive Officer for Recruitment and Professional Development position in spring 2022 as part of an agencywide effort to modernize recruitment, hiring, and professional development for current and future FCSO personnel. The selection process is summarized as follows:

**Posting**. The posting was open during the month of July 2022 (July 1 – July 28) on a variety of targeted posting sites and social media. Of the 59 applications received, 11 were current or retired FCSO personnel.

**Application Review**. An application review was conducted according to the two primary criteria required in the job posting:

**Public Safety Administrative Experience**
Administrative and / or command leadership experience in public safety, especially corrections and police services.

**HR / Recruitment Leadership Experience**
Leadership or supervisory experience in HR, hiring, backgrounds, and especially recruitment.

Following the application review, 27 candidates remained:

| Moved Forward to Interview | Pending (Written) | | Disqualify |
|---|---|---|---|
| **2** High Priority | **11** Medium Priority | **14** Low Priority | **32** Failed Review |

**Competency-Based Interview**. 13 candidates were moved forward to interview; the 14 candidates not disqualified but categorized as "Low Priority" were provided the opportunity to complete the written assignment. From this group of 14, 3 candidates were moved forward to interview based on their scores in the written assignment.

The competency-based interviews were conducted by FCSO executive leadership and proctored by TCG2 staff. Interview panelists were: Chief Interviewer Sherry Woods, Chief Michael Flynn, Chief James Gilbert, Director David Masterson, Chief Geoffrey Stobart, and Chief David Conley (Alternate). Panelists asked questions for each of the six competencies for the position. Results showed five candidates' scores set them apart:



| | |
|---|---|
| Marvin Hill | 88.75% |
| Jenerrie Harris | 84.58% |
| William Caskey | 84.17% |
| Walt Pesterfield | 79.17% |
| Tresalyn Butler-Sharp | 79.17% |
| Jacqulyn Chambers | 75.00% |
| Gary Cameron | 69.79% |
| Kimberly Bliss | 67.92% |
| Lindsey Alli | 66.67% |
| Napoleon Bell | 64.17% |
| Christopher Hempstead | 57.08% |
| Quo Nguyen | 26.25% |

**Written Assignment**. The written assignment was scored according to three competencies (Strategic Thinking, Impact & Influence, and Commitment to FCSO Organizational Culture), including questions about candidates' strategic vision for recruitment that incorporates SIM.

The pre-Assessment Center score was calculated as the sum of the written assignment score weighted at 25%, and the interview score weighted at 75%. One candidate failed to complete the written assignment prior to the deadline.

| Candidate | Written | Pre-AC |
|---|---|---|
| Marvin Hill | 73% | 84.81% |
| Jenerrie Harris | 0% | 63.44% |
| William Caskey | 69% | 80.38% |
| Walt Pesterfield | 58% | 73.88% |
| Tresalyn Butler-Sharp | 76% | 78.38% |

**Assessment Center**

The Assessment Center was conducted on Wednesday, September 14, 2022. Three candidates completed three activities and assessed by a four-person assessor team according to the competency-based assessment model.

### Presentation on Strategic Vision for FCSO Recruitment
Assessors: Sherry Woods, Felicia Rutledge
Competencies: Commitment to FCSO Organizational Culture, Impact & Influence, Strategic Thinking

| | |
|---|---|
| Marvin Hill | 86.67% |
| William Caskey | 56.67% |
| Tresalyn Butler-Sharp | 90.00% |



### In-Basket

Assessors: Jerry Clayton, Emily Arents

Candidates were assessed based on their responses to 20 different tasks in the form of emails, voicemails, memos, phone calls, and other communications relating to issues typical for the Chief of Recruitment and Professional Development. Candidates had 90 minutes to complete the tasks, then responded to assessor panelists' questioning about their prioritization and response decision-making.

| | |
|---|---|
| Marvin Hill | 70.00% |
| William Caskey | 60.00% |
| Tresalyn Butler-Sharp | 96.67% |

### Role Plays

Assessors: Sherry Woods, Emily Arents, Felicia Rutledge; Proctor: Eric Waddell
Competencies: Commitment to FCSO Organizational Culture; Team Leadership
Candidates participated in two separate role play scenarios, acting in the role of the Chief of RPD position. The first scenario was a meeting with the Chief of Corrections about managing agency resources to address staffing issues. The second was a meeting with a reporter from local media.

| | |
|---|---|
| Marvin Hill | 72.50% |
| William Caskey | 55.00% |
| Tresalyn Butler-Sharp | 90.00% |

### Assessment Center Total

The final Assessment Center score was calculated as follows:

    10% Presentation

    40% In-Basket Exercise

    50% Role Plays

The top performer in each of the activities was the overall top candidate for the selection process.

| | | |
|---|---|---|
| Tresalyn Butler-Sharp | 92.67 | Highly Recommended |
| Marvin Hill | 72.92 | Not Recommended |
| William Caskey | 57.17 | Not Recommended |

**Candidate Tresalyn Butler-Sharp is Highly Recommended for the Chief of Recruitment and Professional Development position.**