# FINAL REPORT

## *Selection Process: Chief or Chief Executive Officer of Recruitment and Professional Development*

Prepared for

## *Franklin County Sheriff's Office*
## *Sheriff Dallas Baldwin*

**Submitted by The Cardinal Group II**
PO Box 130718, Green Rd.
Ann Arbor, MI 48107

October 5, 2022







**Performance Comparison**

| Report Contents | |
|---|---|
| Scope of Work / Results / Executed Strategy | 2 |
| Selection Process Activities and Timeline | 3 |
| Assessment Center Results | 7 |
| Individual Results: Candidate A | 8 |
| Individual Results: Candidate B | 9 |
| Individual Results: Candidate C | 10 |

## SCOPE OF WORK

The Franklin County Sheriff's Office created the Chief or Chief Executive Officer for Recruitment and Professional Development position in spring 2022 as part of an agencywide effort to modernize recruitment, hiring, and professional development for current and future FCSO personnel. FCSO contracted with The Cardinal Group II (TGCII) to design, construct, and facilitate a selection process to evaluate candidates for the FCSO Chief or Chief Executive Officer.

## RESULTS

Following the conclusion of the selection process, including the competency-based interview with FCSO leadership, written assignment, and Assessment Center, the results of the process are as follows:

| | |
|---|---|
| **Candidate B** | **92.67%** |
| **Candidate A** | **72.92%** |
| **Candidate C** | **57.17%** |

## EXECUTED STRATEGY

The Cardinal Group II team developed a competency template and job description for the new position, and from that framework constructed interview questions, written assignment prompts, and Assessment Center activities and procedures. Scoring criteria was developed based on core competency prioritization, activity weighting and banding labels based on the job description, and information gathered from key stakeholders.

 **Performance Comparison**

TCGII facilitated the selection process from inception to final recommendations to Sheriff Baldwin, incorporating the following activities:

- Job posting creation and outreach, targeting specific candidate groups (i.e., candidates with strong HR experience or candidates with public safety leadership or administrative experience).

- Competency-based interview panel with FCSO leadership, during which each question required candidates to speak on their experiences across the competency template. In preparation for interviews, FCSO panelists participated in a training on competency-based interviews tailored to the Chief of Recruitment and Professional Development position.

- Interactive roleplay scenarios, in-basket exercises, written assignments, and presentation assignments designed to place each candidate in a position to demonstrate strengths or weaknesses in the core competencies.

## SELECTION PROCESS ACTIVITIES AND TIMELINE

### Phase 1: Posting and Application Review

From July 1 until July 28, 2022, the posting for the Chief or Chief Executive Officer of Recruitment and Professional Development position was live. The posting was available on the FCSO website and shared on FCSO social media. Additionally, the posting was placed on numerous job posting boards and other sites to reach potential candidates with the experience and background targeted for the role. Of the 59 applications received, 11 were current or retired FCSO personnel.

**Competency Template**. Included in the posting and throughout the later steps of the selection process was the competency template for the Chief or CEO position:



The template was developed in close consultation with Sheriff Baldwin to ensure the selection process evaluated candidates according to the skillsets and competencies most critical to the role. These competencies impacted every step of the selection process.

3



**Performance Comparison**

**Application Review**. An application review was conducted utilizing to the two primary criteria required in the job posting:

| | |
|---|---|
| **Public Safety Administrative Experience** | **HR / Recruitment Leadership Experience** |
| *Administrative and / or command leadership experience in public safety, especially corrections and police services.* | *Leadership or supervisory experience in HR, hiring, backgrounds, and especially recruitment.* |

Following the application review, 27 candidates remained and were invited to continue in the selection process.

| Moved Forward to Interview | | Pending (Written) | Disqualify |
|---|---|---|---|
| **2** | **11** | **14** | **32** |
| High Priority | Medium Priority | Low Priority | Failed Review |

**Phase 2: Competency-Based Interview and Written Assignment**

**Competency-Based Interview**. Following the results of the application review, 13 candidates were moved forward to interview; the 14 candidates not disqualified but categorized as "Low Priority" were provided the opportunity to complete the written assignment. From this group of 14, 3 candidates were moved forward to interview based on their scores in the written assignment. Candidates had seven days to provide a written response to questions about their strategic vision for FCSO recruitment, incorporating new approaches and infusing SIM throughout. The written assignment prompt follows.

4



What should FCSO be doing differently to recruit Corrections Deputies and Non-Uniformed employees?

If selected for the Chief or CEO of Recruitment and Professional Development position, what strategies would you utilize to reach new groups of potential applicants? Please be specific, and use examples of past experiences if applicable.

How would you describe the "brand" of Franklin County Sheriff's Office? What strategies would you employ to expand and build on the existing brand to reach new groups of potential applicants who have never considered public safety? What are some common misunderstandings about the field of public safety?

Briefly (1-2 sentences) describe your understanding of Strategic Inmate Management (SIM). Under your leadership, how would this approach impact agencywide recruitment and community engagement efforts?

The competency-based interviews were conducted by FCSO executive leadership and proctored by TCG2 staff. Interview panelists were: Chief Interviewer Sherry Woods, Chief Michael Flynn, Chief James Gilbert, Director David Masterson, Chief Geoffrey Stobart, and Chief David Conley (Alternate). Panelists asked questions for each of the six competencies for the position.

Following a thorough integration session by interview panelists following each interview, results showed five candidates' scores set them apart:

| Candidate A | 88.75% |
|-------------|--------|
| Candidate D | 84.58% |
| Candidate C | 84.17% |
| Candidate E | 79.17% |
| Candidate B | 79.17% |
| Candidate F | 75.00% |
| Candidate G | 69.79% |
| Candidate H | 67.92% |
| Candidate I | 66.67% |
| Candidate J | 64.17% |
| Candidate K | 57.08% |
| Candidate L | 26.25% |

**Written Assignment**. The written assignment was scored according to three competencies (Strategic Thinking, Impact and Influence, and Commitment to FCSO Organizational Culture).

The pre-Assessment Center score was calculated as the sum of the written assignment score weighted at 25%, and the interview score weighted at 75%. One candidate failed to complete the written assignment prior to the deadline.



**Performance Comparison**

| Candidate | Written | Interview | Pre-AC |
|-----------|---------|-----------|--------|
| Candidate A | 73% | 88.75% | 84.81% |
| Candidate D | 0% | 84.58% | 63.44% |
| Candidate C | 69% | 84.17% | 80.38% |
| Candidate E | 58% | 79.17% | 73.88% |
| Candidate B | 76% | 79.17% | 78.38% |

Based on scores from the written assignment (25%) and competency-based interview (75%), three candidates moved forward to the Assessment Center.

**Phase 3: Assessment Center**

On September 14, 2022, all three candidates participated in Phase 3: Assessment Center component of the selection process (assigned randomly here as Candidate A, Candidate B, and Candidate C). TCGII focused on ensuring the validity of the process by aligning the activities and evaluation criteria with the underlying skills, knowledge, abilities, behaviors, and traits necessary for the Chief or CEO of Recruitment and Professional Development to successfully perform critical aspects of their job.

The activities were conducted in space provided by the Franklin County Sheriff's Office, who graciously provided access to space in the Sheriff's Office Training Center. Their support and assistance throughout the day contributed to the efficient execution of the day's activities and is greatly appreciated.

Following completion of all three candidates' participation in the Assessment Center, the TCGII Assessor Team conducted the following:

**Assessor Scoring.** Upon completion of Assessment Center activities, each assessor determined a score for each candidate based on their performance during each of the Assessment Center exercises. After each assessor completed their individual evaluation and scoring, all assessors participated in an Integration Session and discussed their ratings, achieving a consensus score for each candidate in each of the core competencies.

**Candidate Ranking.** After reaching a consensus on each score, overall scores for each activity were tabulated and weighted according to each activity's relative importance in the overall Assessment Center. The process employed by TCGII evaluates candidates not against one another, but instead against the clearly defined standards established in advance and closely aligned with FCSO core competencies.

| Presentation | 10% |
|--------------|-----|
| In-Basket Exercise | 40% |
| Role Plays | 50% |



**Performance Comparison**

Throughout the process, scores were calculated and banded according to the following:

| Band | Score |
|---|---|
| Highly Qualified | 85% - 100% |
| Qualified | 70% - 84.9% |
| Does Not Meet Standard | Less than 70% |

**Activity: Presentation**. In advance of the Assessment Center, candidates were provided with a prompt to prepare for a 15- to 20-minute presentation on the following:

- *Outline your strategic vision for FCSO recruitment, including short-term, intermediate, and long-term goals for the Recruitment and Professional Development division of FCSO.*
- *How will you lead your recruitment staff to recruit new applicants, engage with those in the hiring process, and help include all FCSO in recruitment efforts?*
- *How will you build on existing efforts of FCSO to engage with the community it serves?*
- *How can SIM be more effectively integrated into recruitment and hiring, including the Background Investigative Unit?*

Following their presentation, each candidate responded to questions from the Assessor panelists. Candidate presentations were evaluated according to the following competencies: Commitment to Organizational Culture, Impact and Influence, and Strategic Thinking.

| | |
|---|---|
| Candidate A | 86.67% |
| Candidate B | 90.00% |
| Candidate C | 56.67% |

**Activity: In-Basket Exercise**. Candidates were assessed based on their responses to 20 different tasks in the form of emails, voicemails, memos, phone calls, and other communications relating to issues that would be typical for the Chief of Recruitment and Professional Development. Candidates had 90 minutes to complete the tasks, then responded to Assessor panelists' questioning about their prioritization and response decision-making.

| | |
|---|---|
| Candidate A | 70.00% |
| Candidate B | 96.67% |
| Candidate C | 56.67% |



**Performance Comparison**

**Activity: Role Plays**. Candidates participated in two separate role play scenarios, acting in the role of the Chief of RPD position. The first scenario was a meeting with the Chief of Corrections about allocating agency resources to address staffing issues. The second was a meeting with a reporter from local media.

| | |
|---|---|
| Candidate A | 72.50% |
| Candidate B | 90.00% |
| Candidate C | 55.00% |

## FINAL RESULTS

Following the evaluation of all Assessment Center activities, candidate scores are as follows:



| | |
|---|---|
| **Candidate A** | **72.92%** |
| **Candidate B** | **92.67%** |
| **Candidate C** | **57.17%** |

**the Cardinal Group II**

**Performance Comparison**



# INDIVIDUAL RESULTS

## Score Summary: Candidate A

| Activity | Score | Rank |
|----------|-------|------|
| Interview | 88.75% | 1 |
| Written | 73.00% | 4 |
| Presentation | 86.67% | 3 |
| In-Basket | 70.00% | 2 |
| Role Plays | 72.50% | 2 |



**Performance Comparison**



## Score Summary: Candidate B

| Activity | Score | Rank |
|---|---|---|
| Interview | 79.17% | 4 |
| Written | 76.00% | 2 |
| Presentation | 90.00% | 1 |
| In-Basket | 96.67% | 1 |
| Role Plays | 90.00% | 1 |





**Performance Comparison**

## Score Summary: Candidate C

| Activity | Score | Rank |
|---|---|---|
| Interview | 84.17% | 3 |
| Written | 69.00% | 2 |
| Presentation | 56.67% | 3 |
| In-Basket | 60.00% | 3 |
| Role Plays | 55.00% | 3 |

