**Baldwin, Dallas L.**

| | |
|---|---|
| **From:** | Emily Arents <emilyarents@thecardinalgroup2.com> |
| **Sent:** | Friday, October 14, 2022 3:07 PM |
| **To:** | Baldwin, Dallas L. |
| **Cc:** | Jerry Clayton |
| **Subject:** | Re: Please Review: Draft Communication to Candidates |

No problem - done. Thank you and have a great weekend!

---

Emily Arents
The Cardinal Group 2
734-395-3959



On Thu, Oct 13, 2022 at 4:53 PM Baldwin, Dallas L. <dlbaldwin@franklincountyohio.gov> wrote:
Emily,
Thanks. I have one question. Can you state "final report" and omit "scores and recommendations"?

I'm thinking of potential records requests, thanks.

Sheriff

Get Outlook for iOS

---

**From:** Emily Arents <emilyarents@thecardinalgroup2.com>
**Sent:** Thursday, October 13, 2022 4:30:16 PM
**To:** Baldwin, Dallas L. <dlbaldwin@franklincountyohio.gov>
**Cc:** Jerry Clayton <jerryclayton@thecardinalgroup2.com>
**Subject:** Please Review: Draft Communication to Candidates

Good afternoon Sheriff,

I hope all is well! Please review the below message - we are hoping to send to the three candidates who participated in the Assessment Center tomorrow (unless you have any concerns). They already received an initial "thank you" immediately following the Assessment Center, but we want to provide an update.

Thanks!

Emily

---- *Draft Message to Candidates*----

1

Dear [First Name],

Thank you again for your participation in the selection process for the Chief or CEO of Recruitment and Professional Development position with the Franklin County Sheriff's Office. The Assessment Center, in particular, was a very time-consuming and challenging exercise - thank you for all the time you invested in preparing for and completing process activities.

The Cardinal Group 2 has submitted our final report, scores, and recommendation to the Sheriff's Office for final consideration. As soon as there is any update, someone will be in touch with you. In the meantime, thank you for your patience - as you know, this is a crucial position for FCSO that will have an immense impact on the organization for years to come.

Please don't hesitate to reach out with any questions.

Sincerely,

Emily


---
Emily Arents
The Cardinal Group 2
734-395-3959



**Caution**

This email originated from an email address that is outside of the county network. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**Caution**

This email originated from an email address that is outside of the county network. Do not click links or open attachments unless you recognize the sender and know the content is safe.