**From:** Butler, Tresalyn R. <trbutler@franklincountyohio.gov>
**Sent:** Friday, February 3, 2023 10:13 AM
**To:** Tresalyn Butler <tresalynbutler@hotmail.com>
**Subject:** Fwd: Letter re: Chief/Chief Executive position


Get Outlook for iOS

**From:** Mills, Lonessa A. <lamills@franklincountyohio.gov>
**Sent:** Thursday, October 27, 2022 3:55:30 PM
**To:** Butler, Tresalyn R. <trbutler@franklincountyohio.gov>
**Cc:** Baldwin, Dallas L. <dlbaldwin@franklincountyohio.gov>
**Subject:** RE: Letter re: Chief/Chief Executive position

I do not have any scores, interview info, assessment center info, or writing assignment scores. The Cardinal Group was tasked with providing the Sheriff with the final three candidates. Their involvement was only a portion of the hiring process.


Lonessa A. Mills

Executive Assistant to Sheriff Dallas L. Baldwin

**Direct:** 614-525-4183

https://sheriff.franklincountyohio.gov

---

**From:** Butler, Tresalyn R. <trbutler@franklincountyohio.gov>
**Sent:** Thursday, October 27, 2022 3:49 PM
**To:** Mills, Lonessa A. <lamills@franklincountyohio.gov>
**Cc:** Baldwin, Dallas L. <dlbaldwin@franklincountyohio.gov>
**Subject:** Re: Letter re: Chief/Chief Executive position

There were scores for the interviews, the assessment center assignments and we had a writing assignment that would have come with scores. How do I get those scores?

Get Outlook for iOS

---

**From:** Mills, Lonessa A. <lamills@franklincountyohio.gov>
**Sent:** Thursday, October 27, 2022 3:20:31 PM
**To:** Butler, Tresalyn R. <trbutler@franklincountyohio.gov>
**Cc:** Baldwin, Dallas L. <dlbaldwin@franklincountyohio.gov>
**Subject:** RE: Letter re: Chief/Chief Executive position

You're welcome. There was not an overall ranking or scoring. The Sheriff considered the top 3 candidates and made a decision.

# Lonessa A. Mills

Executive Assistant to Sheriff Dallas L. Baldwin

---

**Direct:** 614-525-4183

https://sheriff.franklincountyohio.gov

**From:** Butler, Tresalyn R. <trbutler@franklincountyohio.gov>
**Sent:** Thursday, October 27, 2022 3:07 PM
**To:** Mills, Lonessa A. <lamills@franklincountyohio.gov>
**Cc:** Baldwin, Dallas L. <dlbaldwin@franklincountyohio.gov>
**Subject:** Re: Letter re: Chief/Chief Executive position


Thanks for the email Lonessa, am I able to access my scoring and where I ranked?


Get Outlook for iOS

---

**From:** Mills, Lonessa A. <lamills@franklincountyohio.gov>
**Sent:** Thursday, October 27, 2022 2:53:48 PM
**To:** Butler, Tresalyn R. <trbutler@franklincountyohio.gov>
**Cc:** Baldwin, Dallas L. <dlbaldwin@franklincountyohio.gov>
**Subject:** Letter re: Chief/Chief Executive position


Good afternoon,

Please see the attached letter regarding the Chief/Chief Executive position. Please contact me if I may be of further assistance. Thank you.



*Lonessa A. Mills*

Executive Assistant to Sheriff Dallas L. Baldwin