# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| TRESALYN BUTLER-SHARP | : | |
| | | Case No.: 2:23-cv-3989 |
| Plaintiff, | | |
| | : | Judge Michael H. Watson |
| v. | | Magistrate Judge Elizabeth Preston Deavers |
| | : | |
| FRANKLIN COUNTY SHERIFF'S OFFICE | | |
| | : | |
| Defendant. | | |
| | : | |

## NOTICE OF APPEARANCE OF COUNSEL

Now comes Theresa M. Dean and hereby enters her appearance as counsel for Defendant Franklin County Sheriff's Office in the above-styled case.

Respectfully submitted,

**G. GARY TYACK**
**PROSECUTING ATTORNEY**
**FRANKLIN COUNTY, OHIO**

*/s/ Theresa M. Dean*
Theresa M. Dean 0086004
Assistant Prosecuting Attorney
373 South High Street, 13th Floor
Columbus, Ohio  43215
(614) 525-3520
(614) 525-6012 Fax
tdean@franklincountyohio.gov
*Attorney for Defendant*

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the forgoing has been served upon all parties of record on August 26, 2024, via electronic mail and that a copy of the foregoing was filed electronically with the United States District Court for the Southern District of Ohio, Eastern Division.

*/s/ Theresa M. Dean*
Theresa M. Dean 0086004
Assistant Prosecuting Attorney