## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF
## OHIO EASTERN DIVISION

| | |
|---|---|
| **TRESLYN BUTLER-SHARP,** | : |
| Plaintiff, | : |
| | : CASE NO. 2:23-cv-3989-MHW-EPD |
| v. | : |
| | : Judge Michael H. Watson |
| **FRANKLIN COUNTY SHERIFF'S OFFICE,** | : Magistrate Judge Elizabeth Preston Deavers |
| Defendant. | : |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Now comes Casey D. Mayell, Esq. and hereby respectfully moves this Court, pursuant to Local Rule 83.4(b) for leave to withdraw as counsel of record for Plaintiff in the above-referenced case. A Memorandum in Support is attached hereto and incorporated herein.

Respectfully submitted,

/s/ *Casey D. Mayell, Esq.*
Casey D. Mayell (0102178)
*Casey@thefriedmannfirm.com*
Rachel Sabo Friedmann (0089226)
*Rachel@thefriedmannfirm.com*
**The Friedmann Firm LLC**
3740 Ridge Mill Dr.
Hilliard, OH 43026
(614) 610-9757: Phone
(614) 737-9812: Fax

**MEMORANDUM IN SUPPORT**

Casey D. Mayell, Esq. respectfully requests the Court to allow him to withdraw as counsel of record for Plaintiff in the above-referenced case. Casey D. Mayell, Esq. is no longer employed at the law firm The Friedmann Firm LLC; and is therefore no longer eligible to represent the Plaintiff. Accordingly, Casey D. Mayell, Esq. moves this Court for an order permitting him to withdraw as counsel of record for Plaintiff.

Rachel Sabo Friedmann, Esq. will remain on the case as lead counsel. The Plaintiff has been made aware of Mr. Mayell's departure pursuant to Local Rule 83.4(b). Opposing counsel Devin Emory Bartlett, Krista Rae-Lynn Mason, and Theresa M. Dean have been made aware of Mr. Mayell's departure pursuant to Local Rule 83.4(b).

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2024, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operations of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF system.

I further hereby certify that a copy of the foregoing Motion to Withdraw as Counsel and Memorandum in Support is being sent via electronic mail, this 26th day of August 2024, to the Named Plaintiff.

*/s/ Casey D. Mayell, Esq.*
Casey D. Mayell (0102178)